**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Leon Uriarte,           )<br>                               )<br>          Petitioner,          )<br>                               )      CV 06-2290-PHX-PGR (JCG)<br>                               )<br>     v.                        )      **<u>ORDER</u>**<br>                               )<br>Warden McDaniels, et al.,      )<br>                               )<br>          Respondents.         )<br>                               ) | |

The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Guerin, entered on March 28, 2007, and no party having filed any objection to the Report and Recommendation,[1]

IT IS ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 9)** is ACCEPTED and ADOPTED by the Court.

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254 (Non-Death Penalty) (**Doc. 1**) is DENIED and the case is DISMISSED WITH PREJUDICE.  The Clerk of the Court is

---

[1] Although the copy of the Report and Recommendation mailed to the petitioner at his address of record was returned as undeliverable due to the petitioner having been released from custody with "no forwarding address available," that does not prevent the Court from accepting and adopting the Report and Recommendation.  See <u>Carey v Lewis</u>, 856 F.2d 1439, 1441 (9th Cir. 1988).

1 | directed to enter judgment accordingly.

2 |     DATED this <u>17th</u> day of April, 2007.

```
                          _____
                          Paul G. Rosenblatt
                          United States District Judge
```